

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-13-00782-CV

BANDIER REALTY PARTNERS, LLC AND SWITCHBACK VENTURES, LLC, Appellants

V.

SSC OPPORTUNITY PARTNERS, LLC, Appellee

Appeal from the 215th District Court of Harris County.  (Tr. Ct. No. 2011-43194).

This case is an appeal from the final judgment signed by the trial court on June 14, 2013.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment in the following respect: the judgment awarded actual damages without legally sufficient evidence of causation.  Accordingly, the Court **reverses** the trial court's judgment and **renders** judgment that SSC Opportunity Partners, LLC take nothing from Bandier Realty Partners, LLC and Switchback Ventures, LLC.

The Court **orders** that the appellee, SSC Opportunity Partners, LLC, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 27, 2015.

Panel consists of Chief Justice Radack and Justices Higley and Massengale. Opinion delivered by Justice Massengale.